**Jerry DIXON, Plaintiff—Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant— Appellee.**

No. 07–2195.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2008.

Decided: Aug. 6, 2008.

68

Joseph E. Wolfe, Norton, Virginia, for Appellant. Anna Mills Wagoner, United States Attorney, Greensboro, North Carolina; Robert J. Triba, Chief Regional Counsel, Christopher A. Michaels, Special Assistant United States Attorney, Social Security Administration, Boston, Massachusetts, for Appellee.

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Dixon appeals the district court's order adopting the magistrate judge's recommendation and denying his motion for summary judgment and granting the Commissioner's motion for summary judgment on his claim for disability insurance benefits and supplemental security income under the Social Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Dixon v. Astrue*, No. 1:04–cv–00921–NCT–PTS (M.D.N.C. Oct. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*